UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOSHUA L. ERIKSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  C11-0404-MAT<br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including June 15, 2011, to file Defendant's Answer.

DATED this <u>17th</u> day of May, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C11-0404-MAT]

Presented by:

/s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA  98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov