# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA L. ERIKSEN,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant | Case No.: C11-0404 MAT<br><br><br>ORDER FOR REVISION OF BRIEFING SCHEDULE<br><br>*Noted for 7/14/2011* |

## **ORDER**

Based upon plaintiff's counsel's declaration and a stipulation of the parties, it is hereby Ordered that the briefing schedule is amended to the dates set forth below based upon good cause:

Opening Brief (currently due 7/13/11) : new due date – 7/20/11

Responsive Brief (currently due 8/10/11): new due date – 8/17/11

Reply Brief -(currently due by 8/24/11): new due date – 8/31/11

Dated this 14th day of July, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER re: Briefing Schedule Revision-page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**

1

2  Presented by:
   s/Rosemary B. Schurman
   Rosemary B. Schurman, WSBA 11451
3  Attorney for Plaintiff

4  Agreed for Entry:
   s/Rosemary B. Schurman (signed per authorization)
5  Benjamin J. Groebner
   Special Assistant US Attorney, OGC, SSA
6  Attorney for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
   ORDER re: Briefing Schedule Revision-page 2