UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| JOSHUA L. ERIKSEN, | |
|---|---|
| Plaintiff, | Civil No. C11-0404-MAT |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER AMENDING THE<br>SCHEDULING ORDER |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order , and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 16, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including September 30, 2011, to file reply brief.

**This is the parties' second stipulated request for extension of time. No further extensions will be granted absent extraordinary circumstances.**

DATED this 23rd day of August, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C11-0404-MAT]

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 616-2531
benjamin.groebner@ssa.gov